```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                  Case No. 18-02118-RNO
McKinley Arrick                                                         Chapter 13
Carolnette G. Arrick
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-5          User: REshelman              Page 1 of 3                   Date Rcvd: Aug 15, 2018
                              Form ID: ntcnfhrg            Total Noticed: 75


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db/jdb        McKinley Arrick,   Carolnette G. Arrick,    2534 Allegheny Drive,   Blakeslee, PA  18610-2303
5063510      +AMERICAN EXPRESS,   PO BOX 981537,    EL PASO, TX 79998-1537
5063511       APOTHAKER & ASSOCIATES,    520 FELLOWSHIP RD C306,    EASTON, PA
5063513      +BERKHEIMER TAX ADMINISTRATION,    50 NORTH SEVENTH STREET,    BANGOR, PA 18013-1795
5063517      +CONCORDVILLE FIRE & PROTECT,   C/O DEL-SER INC,    PO BOX 329,   WILLOW STREET, PA 17584-0329
5063521      +ENGLEWOOD HOSPITAL & MEDICAL CENTER,    350 ENGLE STREET,    ENGLEWOOD, NJ 07631-1898
5063522      +ERIN CAPITAL MANAGEMENT,   140 BROADWAY,    NEW YORK, NY 10005-1108
5082680       Emergency Care Services of PA, PC,    PO Box 1123,    Minneapolis, MN 55440-1123
5088781      +Englewood Hospital,   CCCB,    PO Box 1750,   Whitehouse Sta, NJ 08889-1750
5063523      +FIRST PREMIER BANK,   PO BOX 5524,    SIOUX FALLS, SD 57117-5524
5063525      +HSBC,   ATTN CML CUSTOMER RESOLUTION DEPT,    1421 W SHUR DRIVE SUITE 100,
                ARLINGTON HEIGHTS, IL 60004-7818
5063527      +HSBC,   C/O WOOD LAW PC,    PO BOX 1187,   SANDY, UT 84091-1187
5063530      +HSBC BANK,   PO BOX 9,   BUFFALO, NY 14240-0009
5063531      +HSBC CARD SERVICES,    12447 SW 69TH AVENUE,    TIGARD, OR 97223-8517
5063533      +JAMES MUIRHEAD,   10 MAIN ST STE 430,    HACKENSACK, NJ 07601-7042
5063538       MPW CONSTRUCTION,   132 MEADOW DRIVE,    132 MEADOW DR,    EFFORT, PA 18330-7727
5063540      +NORTHWOOD URGENT CARE/STAR MRI,    C/O PFEIFFER BRUNO,   PO BOX 468,    EASTON, PA 18044-0468
5069171       New York State Department of Taxation & Finan,    Bankruptcy Section,   P O Box 5300,
                Albany, NY 12205-0300
5063543      +PHFA-HEMAP,   PO BOX 2461,    HARRISBURG, PA 17105-2461
5063545      +PNC BANK NA,   PO BOX 94982,    CLEVELAND, OH 44101-4982
5063546      +POCONO MEDICAL CENTER,    C/O TRANS CONTINENTAL CREDIT & COLL,   44 SOUTH BROADWAY SUITE 401,
                WHITE PLAINS, NY 10601-4436
5063548      +POCONO MEDICAL CENTER,    206 EAST BROWN STREET,    EAST STROUDSBURG, PA 18301-3094
5063549       POCONO MT REGIONAL EMS,    PO BOX 207,   ALLENTOWN, PA 18105-0207
5063550      +POCONO MT REGIONAL EMS,    C/O FLEXIBLE FINANCIAL CORP,    517 MILL STREET,
                PECKVILLE, PA 18452-2413
5063551      +POINT VIEW RADIOLOGY,    C/O EASTERN ACCOUNT SYS I,    76 GLEN RD STE 110,
                SANDY HOOK, CT 06482-1124
5063552       PPL ELECTRIC UTILITIES,    827 HOUSMAN ROAD,    ALLENTOWN, PA 18104-9392
5063553      +PUBLIC SERVICE ELECTRIC & GAS,    C/O MERCHANTS CREDIT GUIDE CO,   223 W JACKSON BLVD,
                CHICAGO, IL 60606-6908
5063554      +SEARS/CBNA,   PO BOX 6282,    SIOUX FALLS, SD 57117-6282
5063556      +SIERRA VIEW ASSOCIATION,    PO BOX 349,   EFFORT, PA 18330-0349
5063557      +ST JOSEPHS REGIONAL,    C/O HOSPITALS RECEIVABLES SYSTEMS,   1598 BELLMORE AVENUE,
                BELLMORE, NY 11710-5529
5063558      +ST JOSEPHS UNIVERSITY MEDICAL CTR,    703 MAIN STREET,    PATERSON, NJ 07503-2621
5063559      +STAR CASH,   PO BOX 111,    MIAMI, OK 74355-0111
5063560       STATE OF NJ DEPT LABOR &,    WORKFORCE DEVELOPMENT,    PO BOX 951,   TRENTON, NJ 08625-0951
5063561      +TD BANK/TARGET,   C/O WEINSTEIN PINSON & RILEY,    2001 WESTERN AVE STE 400,
                SEATTLE, WA 98121-3132
5063562      +TD BANK/TARGET CREDIT,    PO BOX 673,   MINNEAPOLIS, MN 55440-0673
5063563      +TEK-COLLECT,   871 PARK STREET,    COLUMBUS, OH 43215-1441
5063564      +THE BANK OF MISSOURI/MILSTNE,    PO BOX 4499,    BEAVERTON, OR 97076-4499
5063566       TRI STATE FINANCIAL INC,    PO BOX 29352,   PHOENIX, AZ 85038-9352
5063567       TULPEHOCKEN SPRING WATER,    C/O ADVANCED COLLECTION SOLUTIONS,    PO BOX 7103,
                LEWISTON, ME 04243-7103
5063568      +VACATION CHARTER/CONCORD,    6560 SCOTTSDALE ROAD F105,    SCOTTSDALE, AZ 85253-4412
5063569      +VACATION CHARTERS LTD,    PO BOX 647,   LAKE HARMONY, PA 18624-0647
5063570      +VALLEY HOSPITAL,   C/O CELENTANO STAUDTMAUR,    PO BOXX 2594,   CLIFTON, NJ 07015-2594
5063571       WEST END COMMUNITY AMBULANCE,    C/O COMMERCIAL ACCEPTANCE CO,   SHIREMANSTOWN, PA 17011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5063512      +E-mail/Text: g20956@att.com Aug 15 2018 19:35:55      AT&T MOBILITY,   C/O AT&T SERVICES INC,
                ONE AT&T WAY  ROOM 3A104,    BEDMINSTER, NJ 07921-2693
5086957       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 15 2018 19:36:50
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
5063539      +E-mail/Text: bankruptcy@bbandt.com Aug 15 2018 19:35:14      BB&T Corporation,
                200 West Second Street,    Winston-Salem, NC 27101-4049
5063514      +E-mail/Text: bankruptcy@usecapital.com Aug 15 2018 19:36:08      BRIAN STRAKA DDS,
                C/O CAPITAL ACCOUNTS,    2120 CESTMOOR RD STE 3001,   NASHVILLE, TN 37215-2613
5063515       E-mail/Text: bankruptcy@fncbinc.com Aug 15 2018 19:34:27      CAPITAL ONE,
                C/O FIRST NATIONAL COLLECTION BUR,    50 W LIBERTY ST  STE 250,   RENO, NV 89501-1973
5063516       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 15 2018 19:35:17      COMENITY BANK,
                BANKRUPTCY DEPT,    PO BOX 182125,   COLUMBUS, OH 43218-2125
5063518       E-mail/PDF: creditonebknotifications@resurgent.com Aug 15 2018 19:36:31      CREDIT ONE BANK,
                PO BOX 98873,    LAS VEGAS, NV 89193-8873
5063519       E-mail/Text: legal@arsnational.com Aug 15 2018 19:35:16      CREDIT ONE/LVNV,
                C/O ASSOCIATED RECOVERY SYSTEMS,    PO BOX 469046,   ESCONDIDO, CA 92046-9046
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5063520        +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 15 2018 19:35:59      DIANON SYSTEMS,
                 C/O CREDIT COLLECTION SERVICES,    725 CANTON STREET,    NORWOOD, MA 02062-2679
5063524         E-mail/Text: GenesisFS@ebn.phinsolutions.com Aug 15 2018 19:36:06      GENESIS FS CARD SERVICES,
                 PO BOX 4485,    BEAVERTON, OR 97076-4485
5063529        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 15 2018 19:37:02      HSBC,
                 C/O PORTFOLIO RECOVERY ASSOC,    PO BOX 41067,    NORFOLK, VA 23541-1067
5063528        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 15 2018 19:35:30      HSBC,   C/O MIDLAND FUNDING,
                 8875 AERO DRIVE STE 200,    SAN DIEGO, CA 92123-2255
5063526        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 15 2018 19:35:30      HSBC,   C/O MIDLAND CREDIT MGMT,
                 8875 AERO DR STE 200,    SAN DIEGO, CA 92123-2255
5063532         E-mail/Text: cio.bncmail@irs.gov Aug 15 2018 19:35:10      IRS,   CENTRALIZED INSOLVENCY OP,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5063537         E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 15 2018 19:35:42      MAJESTIC CARD,
                 C/O JEFFERSON CAPITAL SYSTEMS,    PO BOX 7999,    SAINT CLOUD, MN 56302
5063534        +E-mail/Text: BKRMailOPS@weltman.com Aug 15 2018 19:35:16      KAY JEWELERS,    375 GHENT ROAD,
                 FAIRLAWN, OH 44333-4600
5063535        +E-mail/Text: bkrpt@retrievalmasters.com Aug 15 2018 19:35:29      LAB CORP,    C/O AMCA,
                 4 WESTCHESTER PLAZA STE 110,    ELMSFORD, NY 10523-1615
5063536        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 15 2018 19:35:27      LANE BRYANT,
                 C/O ASSET ACCEPTANCE,    PO BOX 2036,    WARREN, MI 48090-2036
5084755         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 15 2018 19:36:47
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5086956         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 15 2018 19:36:33
                 LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5084456         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 15 2018 19:36:32
                 LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5084719         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 15 2018 19:36:33
                 LVNV Funding, LLC its successors and assigns as,     assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5063541         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 15 2018 19:35:23      PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
5063542        +E-mail/Text: blegal@phfa.org Aug 15 2018 19:35:33      PA HOUSING FINANCE AGENCY,
                 211 N FRONT STREET,    HARRISBURG, PA 17101-1406
5063544        +E-mail/Text: bankruptcypgl@plaingreenloans.com Aug 15 2018 19:35:50      PLAIN GREEN LOANS,
                 PO BOX 270,    BOX ELDER, MT 59521-0270
5063547        +E-mail/Text: Bankruptcies@nragroup.com Aug 15 2018 19:36:04      POCONO MEDICAL CENTER,
                 C/O NATIONAL RECOVERY AGENCY,    2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
5064965         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 15 2018 19:35:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5087364        +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 15 2018 19:35:42      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5083182         E-mail/Text: bnc-quantum@quantum3group.com Aug 15 2018 19:35:20
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
5086015         E-mail/Text: bnc-quantum@quantum3group.com Aug 15 2018 19:35:19
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
5063555        +E-mail/Text: jennifer.chacon@spservicing.com Aug 15 2018 19:36:05
                 SELECT PORTFOLIO SERVICING INC,    ATTN BANKRUPTCY DEPT,    PO BOX 65250,
                 SALT LAKE CITY, UT 84165-0250
5063565        +E-mail/Text: bankruptcydepartment@tsico.com Aug 15 2018 19:35:57      TRANSWORLD SYSTEMS INC,
                 507 PRUDENTIAL ROAD,    HORSHAM, PA 19044-2308
                                                                                              TOTAL: 32

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2018 at the address(es) listed below:

      Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
      United States Trustee   ustpregion03.ha.ecf@usdoj.gov
      Vincent  Rubino   on behalf of Debtor 1 McKinley  Arrick
       epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
      Vincent  Rubino   on behalf of Debtor 2 Carolnette G. Arrick
       epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com

                                                                                                                  TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| McKinley Arrick,<br> aka McKinley Arrick Sr.,  | Chapter | 13 |
| **Debtor 1** | Case No. | 5:18−bk−02118−RNO |
| Carolnette G. Arrick,<br> aka Carolnette Geneva Arrick, aka Carolnette Arrick,  | | |
| **Debtor 2** | | |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **October 5, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 12, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 15, 2018 |

ntcnfhrg (03/18)