UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: McKinley Arrick, aka McKinley Arrick, Sr. Carolnette G. Arrick, aka Carolnette Geneva Arrick aka Carolnette Arrick, Debtors, | : : : : : : | Chapter 13 Case No. 5:18-bk-02118-RNO |
| Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee for Long Beach Mortgage Loan Trust 2001-1, Movant, v. McKinley Arrick, aka McKinley Arrick, Sr., Carolnette G. Arrick, aka Carolnette Geneva Arrick aka Carolnette Arrick, Charles J. DeHart, III, Trustee, Respondents | : : : : : : : : : : : | Motion for Relief from Stay |

**ANSWER TO MOTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY FOR RELIEF FROM STAY ON BEHALF OF DEBTORS**

AND NOW COME Debtors, McKinley Arrick and Carolnette G. Arrick**,** by and through their attorneys, and in Answer to the Motion of Deutsche Bank National Trust Company for Relief from Stay aver:

1. Admitted.

2. Admitted.

3. Denied. Upon information and belief, the Trustee was appointed by the Office of the United States Trustee.

4. Denied to the extent the referenced documents do not speak for themselves.

5. Denied. Debtors' lack sufficient information and belief to admit or deny the averments of paragraph 5 and such are therefore denied.

6. Admitted.

7. Denied. Debtors made post-petition mortgage payments in the amount of $1,340.00 on September 6, 2018 and October 16, 2018.

8. Denied. Debtors' lack sufficient information and belief to admit or deny the averments of paragraph 8 and such are therefore denied.

9. Denied. Debtors' lack sufficient information and belief to admit or deny the averments of paragraph 9 and such are therefore denied.

10. Denied to the extent the averments of paragraph 10 are other than a statement or conclusion of law that does not require a response.

WHEREFORE, Debtors, McKinley Arrick and Carolnette G. Arrick, respectfully pray this Honorable Court for an Order that the Motion of Deutsche Bank National Trust Company for relief from stay be denied and for such other and further relief as the Honorable Court deems just and appropriate.

**NEWMAN, WILLIAMS, MISHKIN,
CORVELEYN, WOLFE & FARERI, P.C.**

By: /s/ Robert J. Kidwell
Robert J. Kidwell, Esquire
Attorney for Debtors
PO Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090; fax (570) 424-9739
rkidwell@newmanwilliams.com