United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-02118-MJC
McKinley Arrick  Chapter 13
Carolnette G. Arrick
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 5
Date Rcvd: Dec 07, 2021     Form ID: 3180W     Total Noticed: 76

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | McKinley Arrick, Carolnette G. Arrick, 2534 Allegheny Drive, Blakeslee, PA 18610-2303 |
| 5063511 | | APOTHAKER & ASSOCIATES, 520 FELLOWSHIP RD C306, EASTON, PA |
| 5063513 | + | BERKHEIMER TAX ADMINISTRATION, 50 NORTH SEVENTH STREET, BANGOR, PA 18013-1795 |
| 5063517 | + | CONCORDVILLE FIRE & PROTECT, C/O DEL-SER INC, PO BOX 329, WILLOW STREET, PA 17584-0329 |
| 5063521 | + | ENGLEWOOD HOSPITAL & MEDICAL CENTER, 350 ENGLE STREET, ENGLEWOOD, NJ 07631-1898 |
| 5063522 | + | ERIN CAPITAL MANAGEMENT, 140 BROADWAY, NEW YORK, NY 10005-1108 |
| 5082680 | | Emergency Care Services of PA, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5088781 | + | Englewood Hospital, CCCB, PO Box 1750, Whitehouse Sta, NJ 08889-1750 |
| 5063527 | + | HSBC, C/O WOOD LAW PC, PO BOX 1187, SANDY, UT 84091-1187 |
| 5063525 | + | HSBC, ATTN CML CUSTOMER RESOLUTION DEPT, 1421 W SHUR DRIVE SUITE 100, ARLINGTON HEIGHTS, IL 60004-7818 |
| 5063533 | + | JAMES MUIRHEAD, 10 MAIN ST STE 430, HACKENSACK, NJ 07601-7042 |
| 5063538 | | MPW CONSTRUCTION, 132 MEADOW DRIVE, 132 MEADOW DR, EFFORT, PA 18330-7727 |
| 5063540 | + | NORTHWOOD URGENT CARE/STAR MRI, C/O PFEIFFER BRUNO, PO BOX 468, EASTON, PA 18044-0468 |
| 5069171 | | New York State Department of Taxation & Finan, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 5063543 | + | PHFA-HEMAP, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 5063548 | + | POCONO MEDICAL CENTER, 206 EAST BROWN STREET, EAST STROUDSBURG, PA 18301-3094 |
| 5063550 | + | POCONO MT REGIONAL EMS, C/O FLEXIBLE FINANCIAL CORP, 517 MILL STREET, PECKVILLE, PA 18452-2413 |
| 5063549 | | POCONO MT REGIONAL EMS, PO BOX 207, ALLENTOWN, PA 18105-0207 |
| 5063551 | + | POINT VIEW RADIOLOGY, C/O EASTERN ACCOUNT SYS I, 76 GLEN RD STE 110, SANDY HOOK, CT 06482-1124 |
| 5063552 | | PPL ELECTRIC UTILITIES, 827 HOUSMAN ROAD, ALLENTOWN, PA 18104-9392 |
| 5063553 | + | PUBLIC SERVICE ELECTRIC & GAS, C/O MERCHANTS CREDIT GUIDE CO, 223 W JACKSON BLVD, CHICAGO, IL 60606-6908 |
| 5063555 | + | SELECT PORTFOLIO SERVICING INC, ATTN BANKRUPTCY DEPT, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 5063557 | + | ST JOSEPHS REGIONAL, C/O HOSPITALS RECEIVABLES SYSTEMS, 1598 BELLMORE AVENUE, BELLMORE, NY 11710-5529 |
| 5063558 | + | ST JOSEPHS UNIVERSITY MEDICAL CTR, 703 MAIN STREET, PATERSON, NJ 07503-2621 |
| 5063559 | + | STAR CASH, PO BOX 111, MIAMI, OK 74355-0111 |
| 5063560 | | STATE OF NJ DEPT LABOR &, WORKFORCE DEVELOPMENT, PO BOX 951, TRENTON, NJ 08625-0951 |
| 5063563 | + | TEK-COLLECT, 871 PARK STREET, COLUMBUS, OH 43215-1441 |
| 5063566 | | TRI STATE FINANCIAL INC, PO BOX 29352, PHOENIX, AZ 85038-9352 |
| 5063568 | + | VACATION CHARTER/CONCORD, 6560 SCOTTSDALE ROAD F105, SCOTTSDALE, AZ 85253-4412 |
| 5063569 | + | VACATION CHARTERS LTD, PO BOX 647, LAKE HARMONY, PA 18624-0647 |
| 5063570 | + | VALLEY HOSPITAL, C/O CELENTANO STAUDTMAUR, PO BOXX 2594, CLIFTON, NJ 07015-2594 |
| 5063571 | | WEST END COMMUNITY AMBULANCE, C/O COMMERCIAL ACCEPTANCE CO, SHIREMANSTOWN, PA 17011 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Dec 07 2021 18:33:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5063510 | + | EDI: AMEREXPR.COM | Dec 07 2021 23:38:00 | AMERICAN EXPRESS, PO BOX 981537, EL |

| Notice # | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | PASO, TX 79998-1537 |
| 5063512 | + EDI: CINGMIDLAND.COM | Dec 07 2021 23:38:00 | AT&T MOBILITY, C/O AT&T SERVICES INC, ONE AT&T WAY ROOM 3A104, BEDMINSTER, NJ 07921-2693 |
| 5086957 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2021 18:40:40 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5063539 | + Email/Text: bankruptcy@bbandt.com | Dec 07 2021 18:33:00 | BB&T Corporation, 200 West Second Street, Winston-Salem, NC 27101-4049 |
| 5063514 | + Email/Text: bankruptcy@usecapital.com | Dec 07 2021 18:33:00 | BRIAN STRAKA DDS, C/O CAPITAL ACCOUNTS, 2120 CESTMOOR RD STE 3001, NASHVILLE, TN 37215-2613 |
| 5063515 | Email/Text: bankruptcy@fncbinc.com | Dec 07 2021 18:33:00 | CAPITAL ONE, C/O FIRST NATIONAL COLLECTION BUR, 50 W LIBERTY ST STE 250, RENO, NV 89501-1973 |
| 5063516 | EDI: WFNNB.COM | Dec 07 2021 23:38:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5063518 | Email/PDF: creditonebknotifications@resurgent.com | Dec 07 2021 18:40:36 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5063519 | EDI: ARSN.COM | Dec 07 2021 23:38:00 | CREDIT ONE/LVNV, C/O ASSOCIATED RECOVERY SYSTEMS, PO BOX 469046, ESCONDIDO, CA 92046-9046 |
| 5063520 | + EDI: CCS.COM | Dec 07 2021 23:38:00 | DIANON SYSTEMS, C/O CREDIT COLLECTION SERVICES, 725 CANTON STREET, NORWOOD, MA 02062-2679 |
| 5063523 | + EDI: AMINFOFP.COM | Dec 07 2021 23:38:00 | FIRST PREMIER BANK, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 5063524 | EDI: PHINGENESIS | Dec 07 2021 23:38:00 | GENESIS FS CARD SERVICES, PO BOX 4485, BEAVERTON, OR 97076-4485 |
| 5063528 | + EDI: MID8.COM | Dec 07 2021 23:38:00 | HSBC, C/O MIDLAND FUNDING, 8875 AERO DRIVE STE 200, SAN DIEGO, CA 92123-2255 |
| 5063526 | + EDI: MID8.COM | Dec 07 2021 23:38:00 | HSBC, C/O MIDLAND CREDIT MGMT, 8875 AERO DR STE 200, SAN DIEGO, CA 92123-2255 |
| 5063529 | + EDI: PRA.COM | Dec 07 2021 23:38:00 | HSBC, C/O PORTFOLIO RECOVERY ASSOC, PO BOX 41067, NORFOLK, VA 23541-1067 |
| 5063530 | + EDI: HFC.COM | Dec 07 2021 23:38:00 | HSBC BANK, PO BOX 9, BUFFALO, NY 14240-0009 |
| 5063531 | + EDI: HFC.COM | Dec 07 2021 23:38:00 | HSBC CARD SERVICES, 12447 SW 69TH AVENUE, TIGARD, OR 97223-8517 |
| 5063532 | EDI: IRS.COM | Dec 07 2021 23:38:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5063537 | EDI: JEFFERSONCAP.COM | Dec 07 2021 23:38:00 | MAJESTIC CARD, C/O JEFFERSON CAPITAL SYSTEMS, PO BOX 7999, SAINT CLOUD, MN 56302 |
| 5063534 | + Email/Text: BKRMailOPS@weltman.com | Dec 07 2021 18:33:00 | KAY JEWELERS, 375 GHENT ROAD, FAIRLAWN, OH 44333-4600 |
| 5063535 | + EDI: RMCB.COM | Dec 07 2021 23:38:00 | LAB CORP, C/O AMCA, 4 WESTCHESTER PLAZA STE 110, ELMSFORD, NY 10523-1615 |
| 5063536 | + EDI: ACCE.COM | Dec 07 2021 23:38:00 | LANE BRYANT, C/O ASSET ACCEPTANCE, PO BOX 2036, WARREN, MI 48090-2036 |
| 5084456 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2021 18:40:43 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5084755 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2021 18:40:37 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| | | | | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5086956 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2021 18:40:40 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5084719 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2021 18:40:36 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5063541 | | EDI: PENNDEPTREV | Dec 07 2021 23:38:00 | PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5063541 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 07 2021 18:33:00 | PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5063542 | + | Email/Text: blegal@phfa.org | Dec 07 2021 18:33:00 | PA HOUSING FINANCE AGENCY, 211 N FRONT STREET, HARRISBURG, PA 17101-1406 |
| 5116326 | | Email/Text: blegal@phfa.org | Dec 07 2021 18:33:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 5063544 | + | Email/Text: bankruptcypgl@plaingreenloans.com | Dec 07 2021 18:33:00 | PLAIN GREEN LOANS, PO BOX 270, BOX ELDER, MT 59521-0270 |
| 5063545 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 07 2021 18:33:00 | PNC BANK NA, PO BOX 94982, CLEVELAND, OH 44101 |
| 5063546 | + | Email/Text: blindsay@transcontinentalcredit.com | Dec 07 2021 18:33:00 | POCONO MEDICAL CENTER, C/O TRANS CONTINENTAL CREDIT & COLL, 44 SOUTH BROADWAY SUITE 401, WHITE PLAINS, NY 10601-4436 |
| 5063547 | + | Email/Text: Bankruptcies@nragroup.com | Dec 07 2021 18:33:00 | POCONO MEDICAL CENTER, C/O NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5064965 | | EDI: PENNDEPTREV | Dec 07 2021 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5064965 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 07 2021 18:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5087364 | + | EDI: JEFFERSONCAP.COM | Dec 07 2021 23:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5086015 | | EDI: Q3G.COM | Dec 07 2021 23:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5083182 | | EDI: Q3G.COM | Dec 07 2021 23:38:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5063554 | + | EDI: CITICORP.COM | Dec 07 2021 23:38:00 | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 5063556 | | Email/Text: sierraviewoffice@gmail.com | Dec 07 2021 18:33:00 | SIERRA VIEW ASSOCIATION, PO BOX 349, EFFORT, PA 18330 |
| 5063561 | + | Email/Text: bncmail@w-legal.com | Dec 07 2021 18:33:00 | TD BANK/TARGET, C/O WEINSTEIN PINSON & RILEY, 2001 WESTERN AVE STE 400, SEATTLE, WA 98121-3132 |
| 5063562 | + | EDI: WTRRNBANK.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Dec 07 2021 23:38:00 | TD BANK/TARGET CREDIT, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 5063564 | + | EDI: PHINGENESIS | Dec 07 2021 23:38:00 | THE BANK OF MISSOURI/MILSTNE, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 5063565 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 07 2021 18:33:00 | TRANSWORLD SYSTEMS INC, 507 PRUDENTIAL ROAD, HORSHAM, PA 19044-2308 |

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5063567 | ## | TULPEHOCKEN SPRING WATER, C/O ADVANCED COLLECTION SOLUTIONS, PO BOX 7103, LEWISTON, ME 04243-7103 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California N.A., as Trustee for Long Beach Mortgage Loan Trust 2001-1 bkgroup@kmllawgroup.com |
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California N.A., as Trustee for Long Beach Mortgage Loan Trust 2001-1 bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 McKinley Arrick rkidwell@newmanwilliams.com rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| Robert J Kidwell, III | on behalf of Debtor 2 Carolnette G. Arrick rkidwell@newmanwilliams.com rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Carolnette G. Arrick |

| | |
|---|---|
| | lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 1 McKinley Arrick lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 9

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | McKinley Arrick | Social Security number or ITIN xxx–xx–9045 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Carolnette G. Arrick | Social Security number or ITIN xxx–xx–4036 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18–bk–02118–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

McKinley Arrick  
aka McKinley Arrick Sr.

Carolnette G. Arrick  
aka Carolnette Geneva Arrick, aka Carolnette Arrick

**By the court:**

12/7/21

Honorable Mark J. Conway  
United States Bankruptcy Judge  
By: RyanEshelman, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**