United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                              Case No. 18-02118-MJC
McKinley Arrick                                                     Chapter 13
Carolnette G. Arrick
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                              Page 1 of 2
Date Rcvd: May 03, 2022                       Form ID: fnldec                         Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | McKinley Arrick, Carolnette G. Arrick, 2534 Allegheny Drive, Blakeslee, PA 18610-2303 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2022                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California N.A., as Trustee for Long Beach Mortgage Loan Trust 2001-1 bkgroup@kmllawgroup.com |
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California N.A., as Trustee for Long Beach Mortgage Loan Trust 2001-1 bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 McKinley Arrick rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Robert J Kidwell, III | on behalf of Debtor 2 Carolnette G. Arrick rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

on behalf of Debtor 1 McKinley Arrick
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.
com;swiggins@newmanwilliams.com

Vincent Rubino

on behalf of Debtor 2 Carolnette G. Arrick
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.
com;swiggins@newmanwilliams.com

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

McKinley Arrick,
aka McKinley Arrick Sr.,

      **Debtor 1**

Carolnette G. Arrick,
aka Carolnette Geneva Arrick, aka Carolnette Arrick,

      **Debtor 2**

Chapter     13

Case No.     5:18−bk−02118−MJC

Social Security No.:
     xxx−xx−9045     xxx−xx−4036

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  May 3, 2022

**fnldec** (01/22)